**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants LANCE HAMILTON, JASON FINDLEY (erroneously sued as "JASON FINLEY"), DANIEL FLESCH, and JOHN LANGAN

Kevin E. Gilbert, Esq. (SBN 209236)
Kevin P. McLaughlin, Esq. (SBN 251477)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants ROBERT CRONE, KRISTA LEVIER, VICTORIA ADAMS (erroneously sued as VICTORIA ADDAMS"), MICHAEL LUNAS, ANDREW BLUM, STEPHEN HEDSTROM, ARTHUR MANN, and DAVID HERRICK

Mike Ewing, Esq. (SBN 98143)
Andre M. Ross. Esq. (SBN 176126)
EWING & ASSOCIATES
P.O. Box 400
995 South Main Street
Lakeport, California 95453
Tel: (707) 263-6400
Fax: (707) 263-7047

Attorneys for Defendants FREDERICK EASTHAM (erroneously sued as "JOSEPH EASTHAM") and JASON FERGUSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LYNN WOFFORD, | Case No.: 4:13-cv-02467 SBA |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' JOINT REQUEST BY TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| LANCE HAMILTON, in his individual and official capacities; FREDERICK EASTHAM, in his individual and official capacities; ROBERT CRONE, in his individual and | |

official capacities; JASON FERGUSON, in his individual and official capacities; JASON FINLEY, in his individual and official capacities; KRISTA LEVIER, in her individual and official capacities; VICTORIA ADDAMS, in her individual and official capacities; DANIEL FLESCH, in his individual and official capacities; MICHAEL LUNAS, in his individual and official capacities; ANDREW BLUM, in his individual and official capacities; ARTHUR MANN, in his individual and official capacities; DAVID HERRICK, in his individual and official capacities; STEPHEN HEDSTROM, in his individual and official capacities; and DOES 1-4,

                  Defendants.

                  **[PROPOSED] ORDER**

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the Case Management Conference in this case will be continued until November 14, 2011 at 2:30 p.m. The Revised Case Management Conference Schedule is as follows:

| | |
|---|---|
| 11/1/2013 | Last Day to : <br> Meet and Confer re: initial disclosures, early settlement, ADR process selection, and discovery plan <br> File ADR Certification signed by Parties and Counsel <br> File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 11/7/2013 | Last Day to file Rule 26(f) Report, complete initial disclosures or state objection to Rule 26(f) Report and filed Case Management Statement |
| 11/14/2013 | Initial Case Management Conference (CMC) in Courtroom 1, 4th Floor at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time. |

1  IT IS SO ORDERED.

Dated __8/27/20__13

_Sandra B Armstrong_
HONORABLE JUDGE SAUNDRA ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE